**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mischy Ayers, | Civil No. 06-4513 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| vs. | |
| CSC Credit Services, Inc., Trans Union LLC, Experian Information Solutions, Inc., Arrow Financial Services, Inc., GE Money Bank, | |
| Defendants. | |

---

Plaintiff Mischy Ayers, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation of Dismissal with Prejudice, and the Court having been duly advised, **IT IS ORDERED** that all claims of Plaintiff Mischy Ayers against Defendant Trans Union, LLC are **DISMISSED WITH PREJUDICE**. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Dated: August 3, 2007

                                                 s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge