## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Mischy Ayers, | Civil No. 06-4513 (RHK/AJB) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| CSC Credit Services, Inc.; Trans Union LLC; Experian Information Solutions, Inc.; Arrow Financial Services; and GE Money Bank, | |
| Defendants. | |

Pursuant to the parties' Stipulation, **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and on the merits, without costs to any of the parties.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 11, 2008

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge